**MEMO ENDORSED**

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 913-4608
FAX: (203) 319-0128

March 28, 2023

Honorable Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Rashmi Ruparelia DK#17CR506 -12

Dear Judge Roman,

    I am writing to request a thirty-day adjournment of the status conference in the above referenced case currently scheduled for March 29, 2023. The basis for this request is that the government has made a proposed resolution of this matter and additional time is needed for the undersigned to meet with Mr. Ruparelia and discuss the government's offer. I have contacted Assistant United States Attorney Kingdar Prussien, and he has no objection to this request. Thank you for your consideration of this request.

Very truly yours,

Francis L. O'Reilly

**Deft's request to adjourn the in-person VOSR Initial Conf. from Mar. 29, 2023 until May 3, 2023 at 12 noon is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 475.
Dated: White Plains, NY
       March 28, 2023**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2023