UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | |
| RASHMI RUPARELIA, | 17 CR 506-12 (NSR) |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person VOSR Admission and Sentencing scheduled for July 21, 2023 is hereby

ORDERED **rescheduled, without objection by the parties, to August 2, 2023 at 12:00 noon.**

The public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

SO ORDERED.

Dated: White Plains, New York
July 20, 2023

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2023