UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - | 17 Cr. 506-12 (NSR) |
| RASHMI RUPARELIA, | |
| Defendant(s). | |

------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

**A Violation of Supervised Released Conference is scheduled for September 3, 2025 at 3:00 pm.**

Dated:   White Plains, New York
         August 1, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/01/2025